**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv00153-WHA |
| | ) | (WO) |
| | ) | |
| DAVID L. SIMS, WANDA DEESE, | ) | |
| DONAL CAMPBELL and GLADYS | ) | |
| DEESE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Plaintiff's First Motion to Strike Brief/Memorandum (Doc. #56), and Motion for Sanctions (Doc. #57), filed by the Plaintiff, the court finds that the omissions by Defendant referred to in the motions have been corrected with no prejudice to the Plaintiff, and it is hereby

ORDERED that the motions are DENIED.

DONE this 24th day of March, 2006.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE